IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:     JASON HOWARD NELSON AND
           LISA ARLENE NELSON A/K/A
           LISA WALKER,                              Case No. 4:05-BK-23151-JGM
           Debtors                                   Chapter 13

U.S. BANK, N.A., AS SUCCESSORS BY MERGER TO THE
LEADER MORTGAGE COMPANY                              MOVANT

VS.

JASON HOWARD NELSON AND
LISA ARLENE NELSON A/K/A
LISA WALKER, Debtors;
and JO-ANN L. GOLDMAN, Trustee                       RESPONDENTS

### ORDER

This matter having come before the Court, pursuant to the Motion for Relief from Automatic Stay filed herein by Movant, U.S. Bank, N.A., as successors by merger to The Leader Mortgage Company, and the Court, being fully advised, finds that the Motion is **WITHDRAWN** due to the fact that the Debtors are current in their mortgage payment through July 2006.

IT IS SO ORDERED.

_/s/ James G. Mixon_
James G. Mixon
United States Bankruptcy Judge

DATE:   August 21, 2006

EOD BY AR 8/21/06

cc: Wilson & Associates, P.L.L.C.
    Sondra K. Boone
    Attorney at Law
    1521 Merrill Drive, Suite D-220
    Little Rock, AR 72211

    Jack W. Dickerson
    Attorney at Law
    801 Louisiana
    Little Rock, AR 72201

    Jo-Ann L. Goldman
    Trustee
    P. O. Box 8202
    Little Rock, AR 72221-8202

DOrderWithdrawMFRCh13_nheffington_060817_1025
W&A No. 157-98371 / Loan No. xxxxxx0860